# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANDS,<br><br>            Plaintiff,<br><br>     vs.<br><br>SMITH, et al.,<br><br>            Defendants. | 1:14-cv-01780-LJO-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS HEARING BEFORE JUDGE ERICA P. GROSJEAN<br><br>**August 22, 2016 at 11:00 a.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status hearing on **August 22, 2016 at 11:00 a.m.** before Magistrate Judge Erica P. Grosjean. The parties shall be prepared to discuss the status of this case and a plan for proceeding toward trial. The Court intends to set a trial date at that time, consistent with the status of the case and the needs of the parties.

Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status hearing and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:   **May 2, 2016**               /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE